

**UNITED STATES DISTRICT COURT**
DISTRICT OF MINNESOTA

CHAMBERS
JAMES M. ROSENBAUM
CHIEF JUDGE
UNITED STATES DISTRICT COURT
300 SOUTH FOURTH STREET, SUITE 15E
MINNEAPOLIS, MINNESOTA 55415

May 12, 2008

Mr. Edward F. Rooney
Attorney at Law
100 North Sixth Street
Suite 550A
Minneapolis, MN    55403

Dear Mr. Rooney,

    I have received your letter dated April 30, 2008, in which you seek readmission to the Bar of this Court.

    I have reviewed the Order of the Supreme Court of Minnesota dated December 20, 2007. By that Order, the Minnesota Supreme Court "reinstated" you to the practice of law in Minnesota. It did so, however, on a probationary status, and subject to at least fourteen conditions. Those conditions, and your probation, remain in effect at this time.

    As I indicated in my letter of April 15, 2008, you may reapply for reinstatement at the conclusion of your probation.

Very truly yours,

James M. Rosenbaum

cc:   Honorable Michael J. Davis

SCANNED
JUN 2 5 2008
U.S. DISTRICT COURT ST. PAUL